UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN J. ABELSON, ESQ., P.C.
By: Steven J. Abelson, Esq.
(ID # SA 7987)
80 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
Attorney for Debtor

Order Filed on October 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SCOTT & MICHELE GOBEL

Case No.:    17-13089

Chapter:    13

Judge:    CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven J. Abelson, Esq._____, the applicant, is allowed a fee of $ _____990_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____990_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.   $ 740

 ☒ outside the plan.   $ 250

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Scott Gobel
Michele Gobel
    Debtors

Case No. 17-13089-CMG
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Oct 20, 2017 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.
db/jdb       +Scott Gobel,   Michele Gobel,   78 Vacari Way,   Little Egg Harbor, NJ 08087-4026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:
      Albert Russo   docs@russotrustee.com
      Brian C. Nicholas   on behalf of Creditor   Harley-Davidson Credit Corp bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon   on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Miriam Rosenblatt   on behalf of Creditor   Wells Fargo Bank, National Association bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Steven J. Abelson   on behalf of Joint Debtor Michele Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
      Steven J. Abelson   on behalf of Debtor Scott Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
      TOTAL: 7