Order Filed on January 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ABELSON & TRUESDALE, LLC**
BY: Steven J. Abelson, Esq..
ID #SA 7987
63 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

In Re:
SCOTT & MICHELE GOBEL

Case No.: 17-13089

Adv. No.:

Hearing Date: 1/3/18

Judge: Hon. CHRISTINE M. GRAVELLE

## ORDER MODIFYING PROOF OF CLAIM BY
## OCWEN LOAN SERVICING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 5, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER MODIFYING PROOF OF CLAIM BY
OCWEN LOAN SERVICING

**CASE NUMBER**: 17-13089

**DATE OF HEARING**: 1/3/18

**JUDGE**: HON. CHRISTINE M. GRAVELLE

---

THIS MATTER being opened to the Court upon the application of the debtor by his counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor Ocwen Loan Servcing and its counsel, and opposition having been filed and considered, and the arguments of counsel having been heard and considered and for good cause shown:

IT IS ORDERED as follows:

1) The Secured Proof of Claim of Ocwen Loan Servicing (Claim # 14-1) is hereby modified to $ 30,974.25.

2) This Order is without prejudice. If further review of the Debtor's account and pre-petition transaction history warrants, an Amended Proof of Claim may be filed with accompanying proofs for any increase of the Proof of Claim. Debtor may further object to same as necessary. However, upon completion of the Chapter 13 plan, the proof of claim shall be deemed conclusive and no further amounts for pre-petition claims shall be added to the Debtor's account.