UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ABELSON & TRUESDALE, LLC**
BY: Steven J. Abelson, Esq..
ID #SA 7987
63 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

In Re:
SCOTT & MICHELE GOBEL

**Order Filed on January 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-13089

Adv. No.:

Hearing Date: 1/3/18

Judge: Hon. CHRISTINE M. GRAVELLE

## ORDER MODIFYING PROOF OF CLAIM BY
## OCWEN LOAN SERVICING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 5, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER MODIFYING PROOF OF CLAIM BY
OCWEN LOAN SERVICING

**CASE NUMBER**: 17-13089

**DATE OF HEARING**: 1/3/18

**JUDGE**: HON. CHRISTINE M. GRAVELLE

---

THIS MATTER being opened to the Court upon the application of the debtor by his counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor Ocwen Loan Servcing and its counsel, and opposition having been filed and considered, and the arguments of counsel having been heard and considered and for good cause shown:

IT IS ORDERED as follows:

1) The Secured Proof of Claim of Ocwen Loan Servicing (Claim # 14-1) is hereby modified to $ 30,974.25.

2) This Order is without prejudice. If further review of the Debtor's account and pre-petition transaction history warrants, an Amended Proof of Claim may be filed with accompanying proofs for any increase of the Proof of Claim. Debtor may further object to same as necessary. However, upon completion of the Chapter 13 plan, the proof of claim shall be deemed conclusive and no further amounts for pre-petition claims shall be added to the Debtor's account.

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Gobel  
Michele Gobel  
    Debtors

Case No. 17-13089-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 08, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.  
db/jdb         +Scott Gobel,    Michele Gobel,    78 Vacari Way,    Little Egg Harbor, NJ 08087-4026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:

         Albert Russo    docs@russotrustee.com  
         Brian C. Nicholas    on behalf of Creditor    Harley-Davidson Credit Corp bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Miriam Rosenblatt    on behalf of Creditor    Wells Fargo Bank, National Association bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
         Steven J. Abelson    on behalf of Joint Debtor Michele Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
         Steven J. Abelson    on behalf of Debtor Scott Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                           TOTAL: 8