Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−13089−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott Gobel                                      Michele Gobel
   78 Vacari Way                              78 Vacari Way
   Little Egg Harbor, NJ 08087         Little Egg Harbor, NJ 08087

Social Security No.:
   xxx−xx−1985                                xxx−xx−7961

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on November 8, 2017.

   On 2/11/2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                March 21, 2018
Time:               10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 15, 2018
JAN: vpm

                                                                                     Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Scott Gobel
Michele Gobel
    Debtors

Case No. 17-13089-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Feb 15, 2018
                     Form ID: 185     Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.

```
db/jdb         +Scott Gobel,    Michele Gobel,    78 Vacari Way,    Little Egg Harbor, NJ 08087-4026
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
516651143      +4D Financial,    5505 N. Cumberland Avenue,    Chicago, IL 60656-4758
516651145      +Advanced Radiology Solutions,    P.O. Box 6750,    Portsmouth, NH 03802-6750
516651146      +Advocare Stafford Ortho,    P.O. Box 3001,    Voorhees, NJ 08043-0598
516662816      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
516651149      +Amity Associates,    P.O. Box 123,    Mount Freedom, NJ 07970-0123
516651150      +Barclay's Bank,    700 Prides Crossing,    Newark, DE 19713-6102
516651151      +Barnabas Health Med Group,    P.O. Box 826504,    Philadelphia, PA 19182-6504
516651152      +Barnabas Health Med Group South,    P.O. Box 8000 Dept 596,    Buffalo, NY 14267-0002
516651153      +Capital One,    Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
516651155      +Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
516651156      +Community Surgical Supply,    P.O. Box 4686,    Toms River, NJ 08754-4686
516651158      +Dayton Power & Light,    c/o Online Collections,    202 W. Fire Tower Road,
                 Winterville, NC 28590-8412
516651159      +Dhiren Gandhi, MD,    240 Mathistown Rd, Ste 215,    Little Egg Harbor, NJ 08087-4062
516651162      +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
516651163      +GM Financial,    P.O. 100,    Williamsville, NY 14231-0100
516651164      +Hackensack Meridian Health,    P.O. Box 650292,    Dallas, TX 75265-0292
516688894      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516651165      +Health Village Imaging,    P.O. Box 42965,    Philadelphia, PA 19101-2965
516651167      +Jersey Shore Anesthesia Assoc,    P.O. Box 307,    Neptune, NJ 07754-0307
516651168       Jersey Shore U Medical Center,    1945 Rte 33,    Neptune, NJ 07753
516651172      +LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
516651170      +Labcorp,    P.O. Box 2240,    Burlington, NC 27216-2240
516651171      +Lawn Doctor,    6604 Delilah Road, Ste 2,    Egg Harbor Township, NJ 08234-5666
516651173      +Little Egg Harbor Twp MUA,    665 Radio Road,    Little Egg Harbor, NJ 08087-1892
516651174      +Meridian Medical Group/Specialty,    P.O. Box 416693,    Boston, MA 02241-6693
516651175       Monmouth Cardiology Assoc,    2102 Corlies Avenue,    Neptune, NJ 07753
516651176      +N. Ocean County Medical Assoc,    P.O. Box 416923,    Boston, MA 02241-6923
516651177      +North Rainbow Emergency Physicians,    P.O. Box 7418,    Philadelphia, PA 19101-7418
516651178      +Northstar Location Svcs,    4285 Genesee St,    Cheektowaga,, NY 14225-1943
516651179      +Ocwen Loan Servicing,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
516921216       Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
                 West Palm Beach, FL 33416-4605
516651180      +Option One Mortgage,    Mail Stop DB-AM,    6501 Irvine Center Drive,    Irvine, CA 92618-2133
516651182      +Remex Collection,    307 Wall Street,    Princeton, NJ 08540-1515
516651183      +SOCH Medical Group,    1140 Rte 72 West,    Manahawkin, NJ 08050-2412
516651184      +Southern Ocean County Surgical Assoc,    115 East Bay Avenue,    Manahawkin, NJ 08050-3109
516651185      +State of New Jersey,    c/o Pioneer Credit Recovery,    P.O. Box 158,    Arcade, NY 14009-0158
516651186      +Thrift Investment,    P.O. Box 538,    Fords, NJ 08863-0538
516651189      +UPS,    c/o Synter Resource Group,    P.O. Box 63247,    North Charleston, SC 29419-3247
516651188      +University Radiology Group,    P.O. Box 1075,    East Brunswick, NJ 08816-1075
516651190      +Urden Law Offices,    111 Woodcrest Rd, Ste 200,    Cherry Hill, NJ 08003-3620
516651191      +Urgent Care Now Physicians,    P.O. Box 14000,    Belfast, ME 04915-4033
516651192      +Wells Fargo Bank,    P.O. Box 14517,    Des Moines, IA 50306-3517
516678125      +Wells Fargo Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue,,    Suite 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2018 23:16:27      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2018 23:16:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516651147      +E-mail/Text: bkrpt@retrievalmasters.com Feb 15 2018 23:16:23      AMCA,
                 4 Westchester Plaza, Ste 110,    Elmsford, NY 10523-1615
516651148      +E-mail/Text: bky@americanprofit.net Feb 15 2018 23:16:50      American Profit Recovery,
                 34405 W. 12 Mile Rd, Ste 379,    Ste 379,    Farmington Hills, MI 48331-5608
516811606       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2018 23:18:14
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516773509       E-mail/Text: bankruptcy@pepcoholdings.com Feb 15 2018 23:16:07
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
516651154      +E-mail/Text: bankruptcy@certifiedcollection.com Feb 15 2018 23:16:13
                 Certified Credit & Collection,    P.O. Box 336,    Raritan, NJ 08869-0336
516651157      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 15 2018 23:18:14      Credit One,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
```

```
District/off: 0312-3           User: admin                 Page 2 of 2                   Date Rcvd: Feb 15, 2018
                               Form ID: 185                Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516651160      +E-mail/Text: bkrpt@retrievalmasters.com Feb 15 2018 23:16:23      Dollar/Thrifty Rent a Car,
                 c/o RMCB,   4 Westchester Plaza, Ste 110,    Elmsford, NY 10523-1615
516651161      +E-mail/Text: bknotice@ercbpo.com Feb 15 2018 23:16:32      ERC,   8014 Bayberry Road,
                 Jacksonville, FL 32256-7412
516651166      +E-mail/Text: cio.bncmail@irs.gov Feb 15 2018 23:15:57      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
516651169      +E-mail/Text: admin@kinum.com Feb 15 2018 23:17:06      Kinum,   2133 Upton Dr., Ste 126-129,
                 Virginia Beach, VA 23454-1193
516651173      +E-mail/Text: cook@leht.com Feb 15 2018 23:17:38      Little Egg Harbor Twp MUA,   665 Radio Road,
                 Little Egg Harbor, NJ 08087-1892
516838183      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2018 23:16:23      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
516920431       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2018 23:19:30
                 Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
516920436       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2018 23:38:49
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.A.,   POB 41067,
                 Norfolk VA 23541
516651181      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 23:18:02      QVC,   P.O. Box 981402,
                 El Paso, TX 79998-1402
516651187      +E-mail/Text: bankruptcydepartment@tsico.com Feb 15 2018 23:17:14      Transworld Systems,
                 507 Prudential Road,   Horsham, PA 19044-2308
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wells Fargo Bank, National Association,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
517016941*     +Wells Fargo Bank, National Association,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,   Boca Raton, FL 33487-2853
516651144     ##+ACB Receivables Management,   19 Main Street,   Asbury Park, NJ 07712-7012
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas     on behalf of Creditor    Harley-Davidson Credit Corp bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin M. Buttery     on behalf of Creditor    Wells Fargo Bank, National Association
               bkyefile@rasflaw.com
              Miriam   Rosenblatt     on behalf of Creditor    Wells Fargo Bank, National Association
               bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
              Steven J. Abelson     on behalf of Joint Debtor Michele   Gobel sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              Steven J. Abelson     on behalf of Debtor Scott   Gobel sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```