| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo<br>Cn 4853<br>Trenton, NJ  08650<br>(609) 587-6888 | **Order Filed on April 3, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br><br>Scott Gobel<br>Michele Gobel<br><br><br>Debtor(s) | Case No.: 17-13089 / CMG<br><br>Hearing Date:  03/26/2018<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: April 3, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 02/11/2018, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of  60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$6,773.00 PAID TO DATE

$727.00 for 47 months beginning 4/1/2018

**ORDERED** that the case is confirmed with a calculated plan funding of $40,942.00. General unsecured creditors are scheduled to receive a pro-rata dividend of funds available.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is authorized to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a), in the amount filed by the post-petition claimant.

**ORDERED** as follows:

DEBTOR'S COUNSEL TO FILE A FEE APPLICATION IN THE AMOUNT OF $150.00 WITHIN 15 DAYS OF CONFIRMATION. ALSO, ATTORNEY MUST FILE A PROOF OF CLAIM ON BEHALF OF LITTLE EGG HARBOR TOWNSHIP WITHIN 30 DAYS OF CONFIRMATION.

THE PLAN IS CORRECTED TO READ HARLEY DAVIDSON IS SURRENDERED FOR 2006 HARLEY DAVIDSON, NOT 2007.

THE PLAN IS CONFIRMED TO PAY PRIORITY CLAIMS BEFORE SECURED CLAIMS.

United States Bankruptcy Court
District of New Jersey

In re:
Scott Gobel
Michele Gobel
    Debtors

Case No. 17-13089-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 03, 2018
                     Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.
db/jdb      +Scott Gobel,   Michele Gobel,   78 Vacari Way,   Little Egg Harbor, NJ 08087-4026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2018 at the address(es) listed below:
        Albert   Russo   docs@russotrustee.com
        Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com
        Brian C. Nicholas   on behalf of Creditor   Harley-Davidson Credit Corp bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Kevin M. Buttery   on behalf of Creditor   Wells Fargo Bank, National Association bkyefile@rasflaw.com
        Miriam   Rosenblatt   on behalf of Creditor   Wells Fargo Bank, National Association bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
        Steven J. Abelson   on behalf of Debtor Scott   Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
        Steven J. Abelson   on behalf of Joint Debtor Michele   Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 10