| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Harley-Davidson Credit Corp | <br>**Order Filed on June 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>         Michele Gobel, Scott Gobel ,<br><br>Debtors. | Case No.: 17-13089 CMG<br><br>Adv. No.:<br><br>Hearing Date: 6/6/18 @ 9:00 a.m..<br><br>Judge: Christine M. Gravelle |

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 19, 2018**

*Christine M. Gravelle* (signature)

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Michele Gobel, Scott Gobel
Case No: 17-13089 CMG
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Harley-Davidson Credit Corp, Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2006 HARLEY-DAVIDSON FLSTFI FAT BOY, VIN: 1HD1BXB136Y024394, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven J. Abelson, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of June 5, 2018, Debtors are due for the installments due December 2017 through June 2018 for a total default of $3,076.22 (10 @ 311.02, less suspense $33.98); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,828.95 will be paid over six months by Debtors, in addition to the regular installment payment, remitting $512.00 per month for five months and $516.22 for one month which additional payments shall begin on July 1, 2018 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular installment payments are to resume July 1, 2018, directly to Secured Creditor outside of the plan at Harley-Davidson Credit Corp, Dept 15129, Palatine, Illinois 60055-5129; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly installment payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.