UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Harley-Davidson Credit Corp

Order Filed on June 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
  Michele Gobel, Scott Gobel ,

Debtors.

Case No.: 17-13089 CMG

Adv. No.:

Hearing Date: 6/6/18 @ 9:00 a.m..

Judge: Christine M. Gravelle

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 19, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Michele Gobel, Scott Gobel
Case No: 17-13089 CMG
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Harley-Davidson Credit Corp, Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2006 HARLEY-DAVIDSON FLSTFI FAT BOY, VIN: 1HD1BXB136Y024394, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven J. Abelson, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of June 5, 2018, Debtors are due for the installments due December 2017 through June 2018 for a total default of $3,076.22 (10 @ 311.02, less suspense $33.98); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,828.95 will be paid over six months by Debtors, in addition to the regular installment payment, remitting $512.00 per month for five months and $516.22 for one month which additional payments shall begin on July 1, 2018 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular installment payments are to resume July 1, 2018, directly to Secured Creditor outside of the plan at Harley-Davidson Credit Corp, Dept 15129, Palatine, Illinois 60055-5129; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly installment payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Gobel  
Michele Gobel  
    Debtors

Case No. 17-13089-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 20, 2018  
                               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.  
db/jdb        +Scott Gobel,    Michele Gobel,    78 Vacari Way,    Little Egg Harbor, NJ 08087-4026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                                   Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:
           Albert    Russo     docs@russotrustee.com
           Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
           Brian C. Nicholas     on behalf of Creditor    Harley-Davidson Credit Corp bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
           Denise E. Carlon     on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           John R. Morton, Jr.     on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
           Kevin M. Buttery     on behalf of Creditor    Wells Fargo Bank, National Association bkyefile@rasflaw.com
           Miriam    Rosenblatt     on behalf of Creditor    Wells Fargo Bank, National Association bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
           Steven J. Abelson     on behalf of Debtor Scott    Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
           Steven J. Abelson     on behalf of Joint Debtor Michele    Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                   TOTAL: 10