Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.: 17−13089−CMG
                            Chapter: 13
                            Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott Gobel                                 Michele Gobel
   78 Vacari Way                              78 Vacari Way
   Little Egg Harbor, NJ 08087           Little Egg Harbor, NJ 08087

Social Security No.:
   xxx−xx−1985                               xxx−xx−7961

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on August 17, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 17, 2018
JAN: slf

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-13089-CMG
Scott Gobel                                                           Chapter 13
Michele Gobel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Aug 17, 2018
                              Form ID: 148             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db/jdb         +Scott Gobel,    Michele Gobel,    78 Vacari Way,    Little Egg Harbor, NJ 08087-4026
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
516651143      +4D Financial,    5505 N. Cumberland Avenue,    Chicago, IL 60656-4758
516651145      +Advanced Radiology Solutions,    P.O. Box 6750,    Portsmouth, NH 03802-6750
516651146      +Advocare Stafford Ortho,    P.O. Box 3001,    Voorhees, NJ 08043-0598
516662816      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
516651149      +Amity Associates,    P.O. Box 123,    Mount Freedom, NJ 07970-0123
516651151      +Barnabas Health Med Group,    P.O. Box 826504,    Philadelphia, PA 19182-6504
516651152      +Barnabas Health Med Group South,    P.O. Box 8000 Dept 596,    Buffalo, NY 14267-0002
516651155      +Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
516651156      +Community Surgical Supply,    P.O. Box 4686,    Toms River, NJ 08754-4686
516651158      +Dayton Power & Light,    c/o Online Collections,    202 W. Fire Tower Road,
                 Winterville, NC 28590-8412
516651159      +Dhiren Gandhi, MD,    240 Mathistown Rd, Ste 215,    Little Egg Harbor, NJ 08087-4062
516651162      +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
516651163      +GM Financial,    P.O. Box 100,    Williamsville, NY 14231-0100
516651164      +Hackensack Meridian Health,    P.O. Box 650292,    Dallas, TX 75265-0292
516688894      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516651165      +Health Village Imaging,    P.O. Box 42965,    Philadelphia, PA 19101-2965
516651167      +Jersey Shore Anesthesia Assoc,    P.O. Box 307,    Neptune, NJ 07754-0307
516651168       Jersey Shore U Medical Center,    1945 Rte 33,    Neptune, NJ 07753
516651172      +LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
516651170      +Labcorp,    P.O. Box 2240,    Burlington, NC 27216-2240
516651171      +Lawn Doctor,    6604 Delilah Road, Ste 2,    Egg Harbor Township, NJ 08234-5666
517549803      +Little Egg Harbor MUA,    Att: Debra H Rumpf,    11 Leifried Lane,    Tuckerton, NJ 08087-2042
516651174      +Meridian Medical Group/Specialty,    P.O. Box 416693,    Boston, MA 02241-6693
516651175       Monmouth Cardiology Assoc,    2102 Corlies Avenue,    Neptune, NJ 07753
516651176      +N. Ocean County Medical Assoc,    P.O. Box 416923,    Boston, MA 02241-6923
516651177      +North Rainbow Emergency Physicians,    P.O. Box 7418,    Philadelphia, PA 19101-7418
516651178      +Northstar Location Svcs,    4285 Genesee St,    Cheektowaga, NY 14225-1943
516651179      +Ocwen Loan Servicing,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
516921216       Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
                 West Palm Beach, FL 33416-4605
516651180      +Option One Mortgage,    Mail Stop DB-AM,    6501 Irvine Center Drive,    Irvine, CA 92618-2133
516651182      +Remex Collection,    307 Wall Street,    Princeton, NJ 08540-1515
516651183      +SOCH Medical Group,    1140 Rte 72 West,    Manahawkin, NJ 08050-2412
516651184      +Southern Ocean County Surgical Assoc,    115 East Bay Avenue,    Manahawkin, NJ 08050-3109
516651185      +State of New Jersey,    c/o Pioneer Credit Recovery,    P.O. Box 158,    Arcade, NY 14009-0158
516651186      +Thrift Investment,    P.O. Box 538,    Fords, NJ 08863-0538
516651189      +UPS,   c/o Synter Resource Group,    P.O. Box 63247,    North Charleston, SC 29419-3247
516651188      +University Radiology Group,    P.O. Box 1075,    East Brunswick, NJ 08816-1075
516651190      +Urden Law Offices,    111 Woodcrest Rd, Ste 200,    Cherry Hill, NJ 08003-3620
516651191      +Urgent Care Now Physicians,    P.O. Box 14000,    Belfast, ME 04915-4033
516678125      +Wells Fargo Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue,,    Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2018 00:16:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2018 00:16:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516651147      +EDI: RMCB.COM Aug 18 2018 03:43:00       AMCA,    4 Westchester Plaza, Ste 110,
                 Elmsford, NY 10523-1615
517532807       EDI: PHINAMERI.COM Aug 18 2018 03:43:00       Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
516651148      +E-mail/Text: bky@americanprofit.net Aug 18 2018 00:16:57      American Profit Recovery,
                 34405 W. 12 Mile Rd, Ste 379,    Ste 379,    Farmington Hills, MI 48331-5608
516811606       EDI: RESURGENT.COM Aug 18 2018 03:43:00       Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516773509       E-mail/Text: bankruptcy@pepcoholdings.com Aug 18 2018 00:15:47
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
516651150      +EDI: TSYS2.COM Aug 18 2018 03:43:00       Barclay's Bank,    700 Prides Crossing,
                 Newark, DE 19713-6102
516651153      +EDI: CAPITALONE.COM Aug 18 2018 03:43:00       Capital One,    Bankruptcy Dept,    P.O. Box 30273,
                 Salt Lake City, UT 84130-0273
516651154      +E-mail/Text: bankruptcy@certifiedcollection.com Aug 18 2018 00:16:09
                 Certified Credit & Collection,    P.O. Box 336,    Raritan, NJ 08869-0336

```
District/off: 0312-3          User: admin               Page 2 of 3               Date Rcvd: Aug 17, 2018
                              Form ID: 148              Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516651157       +EDI: RCSFNBMARIN.COM Aug 18 2018 03:43:00      Credit One,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
516651160       +EDI: RMCB.COM Aug 18 2018 03:43:00      Dollar/Thrifty Rent a Car,    c/o RMCB,
                 4 Westchester Plaza, Ste 110,    Elmsford, NY 10523-1615
516651161       +E-mail/Text: bknotice@ercbpo.com Aug 18 2018 00:16:29       ERC,    8014 Bayberry Road,
                 Jacksonville, FL 32256-7412
516651166       +EDI: IRS.COM Aug 18 2018 03:43:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
516651169       +E-mail/Text: admin@kinum.com Aug 18 2018 00:17:19       Kinum,    2133 Upton Dr., Ste 126-129,
                 Virginia Beach, VA 23454-1193
516651173       +E-mail/Text: cook@leht.com Aug 18 2018 00:17:59       Little Egg Harbor Twp MUA,    665 Radio Road,
                 Little Egg Harbor, NJ 08087-1892
516838183       +EDI: MID8.COM Aug 18 2018 03:43:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516920431        EDI: PRA.COM Aug 18 2018 03:43:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
516920436        EDI: PRA.COM Aug 18 2018 03:43:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516651181       +EDI: RMSC.COM Aug 18 2018 03:43:00      QVC,    P.O. Box 981402,    El Paso, TX 79998-1402
516651187       +E-mail/Text: bankruptcydepartment@tsico.com Aug 18 2018 00:17:26       Transworld Systems,
                 507 Prudential Road,    Horsham, PA 19044-2308
516651192       +EDI: WFFC.COM Aug 18 2018 03:43:00      Wells Fargo Bank,    P.O. Box 14517,
                 Des Moines, IA 50306-3517
                                                                                               TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Wells Fargo Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517016941*      +Wells Fargo Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
516651144      ##+ACB Receivables Management,    19 Main Street,    Asbury Park, NJ 07712-7012
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Harley-Davidson Credit Corp bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, National Association
               bkyefile@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    Wells Fargo Bank, National Association
               bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Steven J. Abelson    on behalf of Joint Debtor Michele   Gobel sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              Steven J. Abelson    on behalf of Debtor Scott   Gobel sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin                Page 3 of 3            Date Rcvd: Aug 17, 2018
                              Form ID: 148               Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 10