|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>District of New Jersey |  |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br><br>Standing Chapter 13 Trustee | Order Filed on August 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    SCOTT GOBEL<br><br>    MICHELE GOBEL<br><br>                Debtor(s) | Case No.: 17-13089 CMG<br><br>Chapter 13<br><br>Hearing Date: 8/15/18<br><br>Judge Christine M. Gravelle |

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED.**

**DATED: August 17, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

**ORDERED as follows:**

The provision in Order Confirming Modified Chapter 13 Plan, Doc #44 filed on or about 4/3/18 for Debtors' counsel to file a fee application in the amount of $150.00 within 15 days is hereby waived. Debtors' counsel shall not receive payment for supplemental fees in the amount of $150.00.

Pursuant to 11 U.S.C §349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administration claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court, before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Gobel  
Michele Gobel  
    Debtors

Case No. 17-13089-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Aug 17, 2018  
                            Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.  
db/jdb        +Scott Gobel, Michele Gobel, 78 Vacari Way, Little Egg Harbor, NJ 08087-4026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:

        Albert Russo    docs@russotrustee.com  
        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Brian C. Nicholas    on behalf of Creditor   Harley-Davidson Credit Corp bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Kevin M. Buttery    on behalf of Creditor   Wells Fargo Bank, National Association bkyefile@rasflaw.com  
        Miriam Rosenblatt    on behalf of Creditor   Wells Fargo Bank, National Association bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
        Steven J. Abelson    on behalf of Debtor Scott Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
        Steven J. Abelson    on behalf of Joint Debtor Michele Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                     TOTAL: 10