Patrick Moscatello, Esq. PM3747
90 Washington Street
Long Branch, NJ 07740
(732) 870-1370
Attorney for Debtors

Order Filed on August 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:   ERIK PETER TORNQUIST<br>          and<br>          DIANE LOUISE TORNQUIST<br><br>                              Debtor(s)<br><br>Address:  298 Poole Avenue<br>          Long Branch, NJ 07740<br><br>Last four digits of Social Security No(s).:<br>          4496 and 3843 | CASE NO.: 13-28117/CMG<br><br>CHAPTER 13<br><br>HEARING DATE:<br><br>JUDGE: Christine M. Gravelle |

## AMENDED ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: August 23, 2018

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Re: In re Tornquist
Bky. No.: 13-28117/CMG

## AMENDED ORDER APPROVING LOAN MODIFICATION

**THIS MATTER**, having been opened to the Court by Patrick Moscatello, attorney for the Debtor, for an Order Approving Loan Modification, and there being no objection thereto, and for good cause shown, it is hereby **ORDERED** as follows:

1. The Debtors' application to enter into a loan modification is hereby approved.

2. In the event a loan modification and the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion of its Proof of Claim to amount paid, zero or shall withdraw the claim within thirty (30) days of the completion of the loan modification.

3. The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to amount paid, zero or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated.

4. In the event the Proof of Claim is amended to amount paid, zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

5. Debtors are excused from filing an amended Scheduled J and Modified Plan.

6. With respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized into the loan, secured creditor will amend any and all post-petition orders or claims within 30 days after completion of the loan modification.