**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, New Jersey 08650
(609) 587-6888

Standing Chapter 13 Trustee

---

In Re:

    SCOTT GOBEL

    MICHELE GOBEL

          Debtor(s)

---

Order Filed on August 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   17-13089 CMG

Hearing Date: 8/15/18

Judge:  Christine M. Gravelle

Chapter 13

## CORRECTED ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page is **ORDERED.**

**DATED: August 27, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on Standing Trustee's Motion to Dismiss, and good cause having been shown, it is

**ORDERED** that the case is allowed to continue under Chapter 13 upon the following terms and conditions:

·    $ 10,405.00  paid to date

·    Debtor(s) shall remit $727.00 per month to the Trustee for  42 months beginning 9/1/18.

·    If the Debtor(s) fail to make regular payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

**ORDERED**  that the provision in Order Confirming Modified Chapter 13 Plan, Doc #44 filed on or about 4/3/18 for Debtors' counsel to file a fee application in the amount of $150.00 within 15 days is hereby waived. Debtors' counsel shall not receive payment for supplemental fees in the amount of $150.00.

**ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:
Scott Gobel
Michele Gobel
     Debtors

Case No. 17-13089-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 27, 2018
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
db/jdb       +Scott Gobel,   Michele Gobel,   78 Vacari Way,   Little Egg Harbor, NJ 08087-4026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
        Albert Russo   docs@russotrustee.com
        Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
        Brian C. Nicholas   on behalf of Creditor   Harley-Davidson Credit Corp bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
         Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
        Kevin M. Buttery   on behalf of Creditor   Wells Fargo Bank, National Association
         bkyefile@rasflaw.com
        Miriam Rosenblatt   on behalf of Creditor   Wells Fargo Bank, National Association
         bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
        Steven J. Abelson   on behalf of Debtor Scott  Gobel sjaesq@atrbklaw.com,
         atrbkl@gmail.com;r49787@notify.bestcase.com
        Steven J. Abelson   on behalf of Joint Debtor Michele  Gobel sjaesq@atrbklaw.com,
         atrbkl@gmail.com;r49787@notify.bestcase.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                TOTAL: 10