UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ABELSON & TRUESDALE
80 W Main St.
Freehold, NJ 07728
(732) 462-4773
By: Steven J. Abelson (SA 7987)
Attorney for Debtor(s)

**Order Filed on August 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SCOTT GOBEL
MICHELE GOBEL

Case No.: 17-13089

Chapter 13

Hearing Date:

Judge: Hon. Christine M. Gravelle

## CONSENT ORDER DEEMING LATE FILED PROOF OF CLAIM TIMELY

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: August 13, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Gobel
Case No. 17-13089
Consent Order Deeming Late Filed Proof of Claim Timely

---

**THIS MATTER** having been opened to the Court by Steven J. Abelson, Esq., attorney for the Debtor herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof, it is hereby;

**ORDERED** that the proof of claim filed by Little Egg Harbor MUA (Claim # 15) is hereby deemed to be timely. The Chapter 13 Trustee shall pay this claim consistent with Part 8c of the Debtors' confirmed plan.

The Undersigned hereby consent to the form, content and entry of the within Order:

Abelson Law Offices
Attorney for Debtors

/s/ Steven J. Abelson, Esq.
Steven J. Abelson, Esq.
80 West Main Street
Freehold, New Jersey 07728

Dated: 8/2/2019

Rumpf Law
Attorney for Creditor

Debra H. Rumpf, Esq.
11 Leifried Lane
Tuckerton, New Jersey 08087

Dated: 7/16/19

2