UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ABELSON & TRUESDALE
80 W Main St.
Freehold, NJ 07728
(732) 462-4773
By: Steven J. Abelson (SA 7987)
Attorney for Debtor(s)

Order Filed on August 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SCOTT GOBEL
MICHELE GOBEL

Case No.: 17-13089

Chapter 13

Hearing Date:

Judge: Hon. Christine M. Gravelle

## CONSENT ORDER DEEMING LATE FILED PROOF OF CLAIM TIMELY

The relief set forth on the following pages, numbered two (2) through \_\_\_\_2\_\_\_\_ is hereby **ORDERED**.

DATED: August 13, 2019

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Gobel
Case No. 17-13089
Consent Order Deeming Late Filed Proof of Claim Timely

---

**THIS MATTER** having been opened to the Court by Steven J. Abelson, Esq., attorney for the Debtor herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof, it is hereby;

**ORDERED** that the proof of claim filed by Little Egg Harbor MUA (Claim # 15) is hereby deemed to be timely. The Chapter 13 Trustee shall pay this claim consistent with Part 8c of the Debtors' confirmed plan.

The Undersigned hereby consent to the form, content and entry of the within Order:

Abelson Law Offices  
Attorney for Debtors

/s/ Steven J. Abelson, Esq.
_____
Steven J. Abelson, Esq.  
80 West Main Street  
Freehold, New Jersey 07728

Dated: 8/2/2019

Rumpf Law  
Attorney for Creditor

_____
Debra H. Rumpf, Esq.  
11 Leifried Lane  
Tuckerton, New Jersey 08087

Dated: 7/16/19

2

United States Bankruptcy Court
District of New Jersey

In re:
Scott Gobel
Michele Gobel
    Debtors

Case No. 17-13089-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 14, 2019
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.
db/jdb     +Scott Gobel,   Michele Gobel,   78 Vacari Way,   Little Egg Harbor, NJ 08087-4026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-1, Asset-Backed Certificates, Series 2007-1 ajennings@rasflaw.com
          Aleisha Candace Jennings    on behalf of Creditor    Wells Fargo Bank, National Association ajennings@rasflaw.com
          Brian C. Nicholas    on behalf of Creditor    Harley-Davidson Credit Corp bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank, National Association bkyefile@rasflaw.com
          Sindi   Mncina    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-1, Asset-Backed Certificates, Series 2007-1 smncina@rascrane.com
          Sindi   Mncina    on behalf of Creditor    Wells Fargo Bank, National Association smncina@rascrane.com
          Steven J. Abelson    on behalf of Debtor Scott   Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
          Steven J. Abelson    on behalf of Joint Debtor Michele   Gobel sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 13