UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Shauna Deluca, Esq. (SD-8248)

**Order Filed on May 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Scott Gobel,**

    **Debtor.**

**Michele Gobel,**

    **Joint Debtor.**

Case No.:    17-13089-CMG

Chapter:    13

Hearing Date:  May 5, 2021

Judge:    Christine M. Gravelle

## ORDER REGARDING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: May 5, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

<u>Secured Creditor</u>: WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1
<u>Secured Creditor's Counsel</u>: Robertson, Anschutz, Schneid, Crane & Partners, PLLC
<u>Debtors' Counsel</u>: Steven J. Abelson
<u>Property Involved ("Collateral")</u>: 78 Vacari Way, Little Egg Harbor Twp, NJ 08087-4026

Relief sought:           ■ Motion for relief from the automatic stay

For good cause shown, it is **ORDERED** that Secured Creditor's Motion is resolved, subject to the following conditions:

1.         Status of post-petition arrearages **<u>as of April 21, 2021</u>**:

■ The Debtor is overdue for <u>03</u> months from <u>02/01/2021</u> through <u>04/01/2021</u>.

■ The Debtor is overdue for <u>03</u> payments from <u>02/01/2021</u> through <u>04/01/2021</u> at $<u>2,448.25</u> per month.

          Funds Held In Suspense $<u>2,287.37</u>

          Total Arrearages Due $<u>5,057.38</u>

2.         Debtor must cure all post-petition arrearages, as follows:

■ Debtor shall make a lump-sum payment to cure the delinquency in the amount of $<u>5,057.38</u> on or before <u>May 15, 2021</u>.

■ Beginning on <u>05/01/2021</u>, regular monthly mortgage payments shall continue to be made in the amount of $<u>2,448.25</u>.  This amount is subject to change based on escrow and/or interest rate adjustments.

3.         Payments to the Secured Creditor shall be made to the following address(es):

■ Regular monthly payment:  <u>PHH Mortgage Services</u>
                                    <u>Mailstop SBRP</u>
                                    <u>PO Box 5469</u>
                                    <u>Mt. Laurel, NJ 08054</u>

■ Immediate payment:        <u>PHH Mortgage Services</u>
                                      <u>Mailstop SBRP</u>
                                    <u>PO Box 5469</u>
                                    <u>Mt. Laurel, NJ 08054</u>

4.      In the event of Default:
        ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

        ■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

        ■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5.      Award of Attorneys' Fees:

        ■ The Applicant is awarded attorney fees of $350.00 and costs of $188.00.
                The fees and costs are payable:
                ■ Through the Chapter 13 plan.