| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Scott Gobel<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1985<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Michele Gobel<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7961<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–13089–CMG | | |

# Order of Discharge                                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott Gobel                                                               Michele Gobel


<u>6/2/22</u>                                                                      **By the court:** <u>Christine M. Gravelle</u>
                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-13089-CMG |
| Scott Gobel | Chapter 13 |
| Michele Gobel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 02, 2022 | Form ID: 3180W | Total Noticed: 68 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++  Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Gobel, Michele Gobel, 78 Vacari Way, Little Egg Harbor, NJ 08087-4026 |
| cr | + | Harley-Davidson Credit Corp., POB 340514, Tampa, FL 33694-0514 |
| cr | + | Wells Fargo Bank, National Association as Trustee, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 516651143 | + | 4D Financial, 5505 N. Cumberland Avenue, Chicago, IL 60656-4758 |
| 516651144 | + | ACB Receivables Management, 19 Main Street, Asbury Park, NJ 07712-7012 |
| 516651145 | ++++ | ADVANCED RADIOLOGY SOLUTIONS, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Advanced Radiology Solutions, P.O. Box 6750, Portsmouth, NH 03802 |
| 516651146 | + | Advocare Stafford Ortho, P.O. Box 3001, Voorhees, NJ 08043-0598 |
| 516651149 | + | Amity Associates, P.O. Box 123, Mount Freedom, NJ 07970-0123 |
| 516651151 | + | Barnabas Health Med Group, P.O. Box 826504, Philadelphia, PA 19182-6504 |
| 516651152 | + | Barnabas Health Med Group South, P.O. Box 8000 Dept 596, Buffalo, NY 14267-0002 |
| 516651156 | + | Community Surgical Supply, P.O. Box 4686, Toms River, NJ 08754-4686 |
| 516651158 | + | Dayton Power & Light, c/o Online Collections, 202 W. Fire Tower Road, Winterville, NC 28590-8412 |
| 516651159 | + | Dhiren Gandhi, MD, 240 Mathistown Rd, Ste 215, Little Egg Harbor, NJ 08087-4062 |
| 516651163 | + | GM Financial, P.O. 100, Williamsville, NY 14231-0100 |
| 516651164 | + | Hackensack Meridian Health, P.O. Box 650292, Dallas, TX 75265-0292 |
| 516651165 | + | Health Village Imaging, P.O. Box 42965, Philadelphia, PA 19101-2965 |
| 516651167 | + | Jersey Shore Anesthesia Assoc, P.O. Box 307, Neptune, NJ 07754-0307 |
| 516651168 | | Jersey Shore U Medical Center, 1945 Rte 33, Neptune, NJ 07753 |
| 517549803 | + | Little Egg Harbor MUA, Att: Debra H Rumpf, 11 Leifried Lane, Tuckerton, NJ 08087-2042 |
| 516651174 | + | Meridian Medical Group/Specialty, P.O. Box 416693, Boston, MA 02241-6693 |
| 516651175 | | Monmouth Cardiology Assoc, 2102 Corlies Avenue, Neptune, NJ 07753 |
| 516651176 | + | N. Ocean County Medical Assoc, P.O. Box 416923, Boston, MA 02241-6923 |
| 516651177 | + | North Rainbow Emergency Physicians, P.O. Box 7418, Philadelphia, PA 19101-7418 |
| 516651179 | + | Ocwen Loan Servicing, 12650 Ingenuity Drive, Orlando, FL 32826-2703 |
| 516651180 | + | Option One Mortgage, Mail Stop DB-AM, 6501 Irvine Center Drive, Irvine, CA 92618-2133 |
| 516651182 | + | Remex Collection, 307 Wall Street, Princeton, NJ 08540-1515 |
| 516651183 | + | SOCH Medical Group, 1140 Rte 72 West, Manahawkin, NJ 08050-2412 |
| 516651184 | + | Southern Ocean County Surgical Assoc, 115 East Bay Avenue, Manahawkin, NJ 08050-3109 |
| 516651185 | + | State of New Jersey, c/o Pioneer Credit Recovery, P.O. Box 158, Arcade, NY 14009-0158 |
| 516651186 | + | Thrift Investment, P.O. Box 538, Fords, NJ 08863-0538 |
| 516651189 | + | UPS, c/o Synter Resource Group, P.O. Box 63247, North Charleston, SC 29419-3247 |
| 516651188 | + | University Radiology Group, P.O. Box 1075, East Brunswick, NJ 08816-1075 |
| 516651190 | + | Urden Law Offices, 111 Woodcrest Rd, Ste 200, Cherry Hill, NJ 08003-3620 |
| 516651191 | + | Urgent Care Now Physicians, P.O. Box 14000, Belfast, ME 04915-4033 |
| 518078049 | + | Wells Fargo Bank, National Association, c/o, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: 3180W | Total Noticed: 68 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + EDI: PHINAMERI.COM | Jun 03 2022 00:43:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2022 20:47:00 | Midland Credit Management, Inc., PO Box 2011, Warren, MI 48090-2011 |
| 516651147 | + EDI: RMCB.COM | Jun 03 2022 00:43:00 | AMCA, 4 Westchester Plaza, Ste 110, Elmsford, NY 10523-1615 |
| 517532807 | EDI: PHINAMERI.COM | Jun 03 2022 00:43:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 516662816 | + EDI: PHINAMERI.COM | Jun 03 2022 00:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 516651148 | + Email/Text: bky@americanprofit.net | Jun 02 2022 20:48:00 | American Profit Recovery, 34405 W. 12 Mile Rd, Ste 379, Ste 379, Farmington Hills, MI 48331-5608 |
| 516811606 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:24 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516773509 | Email/Text: bankruptcy@pepcoholdings.com | Jun 02 2022 20:47:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516651150 | + EDI: TSYS2 | Jun 03 2022 00:43:00 | Barclay's Bank, 700 Prides Crossing, Newark, DE 19713-6109 |
| 516651153 | + EDI: CAPITALONE.COM | Jun 03 2022 00:43:00 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 516651154 | + Email/Text: bankruptcy@certifiedcollection.com | Jun 02 2022 20:47:00 | Certified Credit & Collection, P.O. Box 336, Raritan, NJ 08869-0336 |
| 516651155 | + Email/Text: mediamanagers@clientservices.com | Jun 02 2022 20:47:00 | Client Services, 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 516651157 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2022 20:53:14 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 516651160 | + EDI: RMCB.COM | Jun 03 2022 00:43:00 | Dollar/Thrifty Rent a Car, c/o RMCB, 4 Westchester Plaza, Ste 110, Elmsford, NY 10523-1615 |
| 516651161 | + Email/Text: bknotice@ercbpo.com | Jun 02 2022 20:47:00 | ERC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 516651162 | Email/Text: GCSBankruptcy@gcserv.com | Jun 02 2022 20:47:00 | GC Services, 6330 Gulfton, Houston, TX 77081 |
| 516688894 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 02 2022 20:47:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 516651166 | + EDI: IRS.COM | Jun 03 2022 00:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 516651169 | + Email/Text: admin@kinum.com | Jun 02 2022 20:48:00 | Kinum, 2133 Upton Dr., Ste 126-129, Virginia Beach, VA 23454-1193 |
| 516651170 | Email/Text: govtaudits@labcorp.com | Jun 02 2022 20:47:00 | Labcorp, P.O. Box 2240, Burlington, NC 27216 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: 3180W | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516651172 | | Email/Text: govtaudits@labcorp.com | Jun 02 2022 20:47:00 | LCA Collections, P.O. Box 2240, Burlington, NC 27216 |
| 516651173 | + | Email/Text: cook@leht.com | Jun 02 2022 20:47:00 | Little Egg Harbor Twp MUA, 665 Radio Road, Little Egg Harbor, NJ 08087-1892 |
| 516838183 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2022 20:47:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516651178 | ^ | MEBN | Jun 02 2022 20:47:07 | Northstar Location Svcs, 4285 Genesee St, Cheektowaga,, NY 14225-1943 |
| 516921216 | | EDI: LCIPHHMRGT | Jun 03 2022 00:43:00 | Ocwen Loan Servicing, LLC, ATTN: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 516920431 | | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516920436 | | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516651181 | + | EDI: RMSC.COM | Jun 03 2022 00:43:00 | QVC, P.O. Box 981402, El Paso, TX 79998-1402 |
| 516651187 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 02 2022 20:48:00 | Transworld Systems, 507 Prudential Road, Horsham, PA 19044-2308 |
| 516651192 | + | EDI: WFFC.COM | Jun 03 2022 00:43:00 | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 516678125 | + | Email/Text: RASEBN@raslg.com | Jun 02 2022 20:47:00 | Wells Fargo Bank, National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue,, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wells Fargo Bank, National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517016941 | *+ | Wells Fargo Bank, National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 516651171 | ##+ | Lawn Doctor, 6604 Delilah Road, Ste 2, Egg Harbor Township, NJ 08234-5666 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jun 04, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: 3180W | Total Noticed: 68 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Option One Mortgage Loan Trust 2007-1, Asset-Backed Certificates, Series 2007-1 ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank  National Association ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin M. Buttery | on behalf of Creditor Wells Fargo Bank  National Association kbuttery@moodklaw.com |
| Shauna M Deluca | on behalf of Creditor Wells Fargo Bank  National Association sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Shauna M Deluca | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Option One Mortgage Loan Trust 2007-1, Asset-Backed Certificates, Series 2007-1 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Option One Mortgage Loan Trust 2007-1, Asset-Backed Certificates, Series 2007-1 smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Wells Fargo Bank  National Association smncina@raslg.com |
| Steven J. Abelson | on behalf of Joint Debtor Michele Gobel sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Debtor Scott Gobel sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16