Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−13089−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott Gobel | Michele Gobel |
| 78 Vacari Way | 78 Vacari Way |
| Little Egg Harbor, NJ 08087 | Little Egg Harbor, NJ 08087 |

Social Security No.:
xxx−xx−1985                                                                  xxx−xx−7961

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 12, 2022</u>                    <u>Christine M. Gravelle</u>
                                                              Judge, United States Bankruptcy Court